## Frank Brogni, Trading as Tax Service and Loan Company, Appellee, v. Maurice Goldenberg, Appellant.

### Gen. No. 45,327.

George Yellen, for appellant; Jack I. Sperling, for appellee. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed April 9, 1951; released for publication May 7, 1951.